**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ROUM MO,

              Petitioner,

     v.

L.A. MARTINEZ, Warden,

              Respondent.

Case No. 2:22-cv-00709 VAP (AFM)

**JUDGMENT**

     This matter came before the Court on the Petition of ROUM MO, for a writ of habeas corpus.  Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

     IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED:  December 6, 2022

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE